AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SHYRON DEONTA GIVENS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 8:98-CR-114-T-27TBM

USM Number: 22571-018

Adam Allen AFPD
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 through 5__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Felony Battery | December 24, 2007 |
| 2 | New conviction for conduct, Violation of Injunction for Protection Against Domestic Violence | December 24, 2007 |
| 3 | New criminal conduct, Violation of Injunction for Protection Against Domestic Violence | March 2, 2008 |
| 4 | New criminal conduct, Violation of Injunction for Protection Against Domestic Violence | December 5, 2007 |
| 5 | Failure to follow the instructions of the probation officer | October 10, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 19, 2008

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: June 19th, 2008

DEFENDANT: SHYRON DEONTA GIVENS  
CASE NUMBER: 8:98-CR-114-T-27TBM

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TWENTY-FOUR (24) MONTHS. The defendant shall be given credit for time served since May 30, 2008.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends confinement at Coleman FCI.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.  p.m.  on _____.

  ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL